UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON  **DATE:** JULY 22, 2025

**JUDGE ZAHID N. QURAISHI**

**COURT REPORTER:** FRANCESCA DIBELLA

**TITLE OF CASE:**  DOCKET # 3:25-233-1 (ZNQ)
UNITED STATES OF AMERICA
    vs.
VINCENT DISPOTO, JR.
        DEFENDANT PRESENT

**APPEARANCES:**
Jennifer Kozar, AUSA for Government
John Yauch, AFPD and Areeb Salim, AFPD for Defendant
Todd Jones, Pretrial Services Officer

**NATURE OF PROCEEDINGS:** BAIL REVOCATION HEARING
All parties, including Defendant, were present.
Bail Revocation hearing held.
Application by Government to remand Defendant.
Ordered application granted.
Order of detention to be filed.
Ordered Defendant remanded.

Time Commenced: 10:15 AM
Time Adjourned:   10:36 AM
Total Time:          21 mins.

                        s/Kimberly Stillman
                        **DEPUTY CLERK**