UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 25-233 (ZNQ) |
| | : | |
| v. | : | Hon. Zahid N. Quraishi |
| | : | |
| VINCENT DISPOTO JR. | : | DETENTION ORDER |

This matter having been brought before the Court on motion of the United States, by ALINA HABBA, United States Attorney for the District of New Jersey (Jennifer S. Kozar, Assistant United States Attorney, appearing), in the presence of Areeb Salim, Esq. and John Yauch, Esq., attorneys for defendant Vincent Dispoto, Jr. ("Dispoto"), for an order pursuant to Title 18, United States Code, Section 3148, revoking Dispoto's release and detaining Dispoto pending sentencing in the above-entitled matter, which is scheduled for August 26, 2025, following Dispoto's violations of the conditions of his release pursuant to Title 18, United States Code, Section 3142, as modified by the Court pursuant to an Order entered on April 16, 2025 (ECF 27), and for good cause shown:

IT IS, therefore, on this 22nd day of July, 2025,

ORDERED, pursuant to Title 18, United States Code, Section 3148(a), that Dispoto's release under Title 18, United States Code, Section 3142 is hereby revoked; and it is further

ORDERED, that DISPOTO be committed to the custody of the United States Marshal pending sentencing in the above-entitled matter; and it is further

ORDERED, that defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order revoking release and detaining Dispoto pending sentencing is granted.

_____
HONORABLE ZAHID N. QURAISHI
United States District Judge