# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | **Case No. 25-233 (ZNQ)** |
| ) | |
| VINCENT DISPOTO, JR.    ) | |
| ) | |

## NOTICE OF APPEAL

Please take notice that Defendant **Vincent Dispoto, Jr.,** hereby appeals to the United States Court of Appeals for the Third Circuit from the Criminal Judgment (ECF No. 36) entered in this case on August 27, 2025, in the United States District Court for the District of New Jersey.

    Respectfully submitted,

    /s/ Areeb Salim
    Assistant Federal Public Defender
    Office of the Federal Public Defender
    District of New Jersey
    1002 Broad Street
    Newark, New Jersey 07102
    609-508-6808 (Cell)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appeal in case number 25-233 was served today, August 28, 2025, upon Assistant United States Attorney Jennifer Kozar by the District of New Jersey's electronic filing system.

/s/ Areeb Salim<br>
Assistant Federal Public Defender